

ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 17 2009

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

-CAM

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RANDY KENDRICK,

    Plaintiff,

v.

INTEGRITY FINANCIAL
PARTNERS, INC., a Kansas
corporation,

    Defendant.

CIVIL ACTION FILE

NO. 1 09-CV-2250

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1. This is an action for damages against the defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337 (federal question jurisdiction).

## PARTIES AND PERSONAL JURISDICTION

3. Plaintiff is a resident of this State, District and Division and is authorized by law to bring this action.

4. Defendant, INTEGRITY FINANCIAL PARTNERS, INC., is a corporation organized under the laws of the State of Kansas. [Hereinafter, said Defendant is referred to as "IFP"].

5. IFP is subject to the jurisdiction and venue of this Court.

6. IFP may be served by personal service upon its registered agent in the State of Georgia, to wit: Corporation Service Company, 40 Technology Parkway South, Suite 300, Norcross, Georgia 30092.

7. Alternatively, IFP may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the States of Georgia or Kansas.

## FACTS COMMON TO ALL CAUSES

8. IFP uses the mails in its business.

9. IFP uses telephone communications in its business.

10. The principle purpose of IFP's business is the collection of debts.

11. IFP regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

12. IFP is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

13. In the course of attempting to collect a debt allegedly due from Plaintiff to a business not a party to this litigation, IFP communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

14. In or around July 2009, IFP left a series of telephone messages for Plaintiff requesting a return call.

15. In the messages, IFP did not meaningfully disclose its identity.

16. In the messages, IFP did not state that the communications were from a debt collector.

17. In the messages, IFP did not state that the communications were an attempt to collect a debt.

18. Defendant's communications violate the Fair Debt Collection Practices Act.

19. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

20. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

21. Defendant's violations of the FDCPA include, but are not limited to, the following:

22. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

23. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e; and

24. The failure to disclose in subsequent communications that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11).

25. As a result of Defendant's actions, Plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a) That Plaintiff be awarded statutory damages;

b) That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

c) That the Court declare each and every defense raised by Defendant to be insufficient; and

d) That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

/s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax